**(JS-6 Admin)**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID MADRID, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>SAIA MOTOR FREIGHT LINE, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00613-JWH (SHKx)<br><br>Assigned to Honorable John W. Holcomb<br><br>**CLASS ACTION**<br><br>**ORDER APPROVING JOINT STIPULATION TO STAY CASE PENDING APPROVAL OF GLOBAL SETTLEMENT IN RELATED STATE COURT ACTION**<br><br>**NOTE CHANGES MADE BY COURT** |

Having reviewed and considered the Joint Notice of Settlement and Stipulation to Stay Case Pending Approval of Global Settlement in Related State Court Action submitted by Plaintiff Michael David Madrid ("Plaintiff") and Defendant Saia Motor Freight Line, LLC ("Defendant") (jointly, the "Parties), and good cause appearing for approval of the same, it is hereby **ORDERED** as follows:

1. This action shall be and hereby is **STAYED** pending the entry of an order granting final approval of the Parties' global settlement by the California state court in the case *Madrid v. SAIA Motor Freight Line, LLC,* San Bernardino County Superior Court Case No. CIVSB2114565 (the "State Court Action").

2. Within seven (7) calendar days after the effective date of the Parties' global settlement in the State Court Action and entry of a final judgment thereon, and such settlement becoming effective pursuant to the terms of such approval, Plaintiff shall submit a request for dismissal of this action.

3. The Parties are **DIRECTED** to file a Joint Status Report on January 10, 2022, and every 90 days thereafter, advising the Court of the status of the resolution of the State Court Action.

4. The Clerk is **DIRECTED** to close this case administratively.

**IT IS SO ORDERED.**

Dated: October 12, 2021

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-

**ORDER APPROVING JOINT STIPULATION TO STAY CASE PENDING APPROVAL OF GLOBAL SETTLEMENT IN RELATED STATE COURT ACTION**