# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID MADRID, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAIA MOTOR FREIGHT LINE, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00613-JWH (SHKx)<br><br>Assigned to Honorable John W. Holcomb<br><br>**CLASS ACTION**<br><br>**ORDER ON JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE [23]** |

Having reviewed and considered the Joint Stipulation to Dismiss the Action with Prejudice submitted by Plaintiff Michael David Madrid ("Plaintiff") and Defendant Saia Motor Freight Line, LLC ("Defendant") (collectively, the "Parties), and good cause appearing, it is hereby **ORDERED** as follows:

    1.    The Stipulation is **APPROVED**.

    2.    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: October 29, 2022

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE